AO 91 (Rev. 5/95) Criminal Complaint

# *UNITED STATES DISTRICT COURT*

**SOUTHERN DISTRICT OF TEXAS**
BROWNVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**

**CRIMINAL COMPLAINT**

**LOPEZ, SALVADOR**

CASE NUMBER: **1:06 PO -1226**

A99 674 985

(Name and Address of Defendant)
MEXICO

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 9/16/2006 in Cameron county, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempt to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation did orally declared to be a citizen of the United States,

in violation of Title 8 United States Code, Section(s) 1325 (a)(3) .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

THE DEFENDANT ATTEMPTED TO GAIN ILLEGAL ENTRY INTO THE UNITED STATES VIA THE GATEWAY BRIDGE IN BROWNSVILLE, TEXAS BY ORAL FALSE CLAIM TO BE A UNITED STATES CITIZEN BORN IN BROWNSVILLE, TEXAS TO A CUSTOMS AND BORDER OFFICER. THE DEFENDANT HAD NO DOCUMENTATION TO SUPPORT HIS CLAIM. THE DEFENDANT FREELY ADMITTED THAT HE IS NOT A UNITED STATES CITIZEN, BUT IN FACT A CITIZEN OF MEXICO BY BIRTH. IMMIGRATION RECORD CHECKS REVEALED THAT THE DEFENDANT DOES NOT HAVE LEGAL STATUS TO ENTER AND/OR BE IN THE UNITED STATES.

**Continued on the attached sheet and made a part hereof:** ___Yes X No

Signature of Complainant
RODNEY CORKILL CBPEO

**Sworn to before me and subscribed in my presence,**

**September 17, 2006** at **Brownsville, Texas**
Date City and State

**FELIX RECIO, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Signature of Judicial Officer